**MULTIMEDIA PATENT TRUST,**
Plaintiff–Appellant,

v.

**LG ELECTRONICS, INC., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc., Defendants–Appellees.**

No. 2013–1621.

United States Court of Appeals,
Federal Circuit.

July 17, 2014.

Kathleen M. Sullivan, Quinn Emanuel Urquhart & Sullivan, LLP, of New York, NY, argued for plaintiff-appellant. With her on the brief were Sanford I. Weisburst; Philip C. Sternhell, of Washington, DC; Frederick A. Lorig, Susan R. Estrich, Christopher A. Mathews, and Bruce R. Zisser, of Los Angeles, CA.

Michael J. McKeon, Fish & Richardson P.C., of Washington, DC, argued for defendants-appellees. With him on the brief were Justin M. Barnes and Lara S. Garner, of San Diego, CA; and Frank P. Porcelli, of Boston, MA. Of counsel was Juanita Rose Brooks, of San Diego, CA; Richard Alex Sterba, of Washington, DC; and Kelly Catherine Hunsaker, of Redwood City, CA.

LOURIE, MOORE, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**